STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 13 2000

at 10 o'clock and 32 min.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00288HG |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | [18 U.S.C. § 922(g)(1); |
| NED KAPIKA, Jr., ) | 18 U.S.C. § 924(a)(2)] |
| Defendant. ) | |

## I N D I C T M E N T

### COUNT 1

The Grand Jury charges that:

On or about July 23, 1997, in the District of Hawaii, defendant **NED KAPIKA, Jr.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Universal Model M1 .30 caliber carbine rifle, serial number 340744.

All in violation of Title 18, United States Code § 922(g)(1) and 924(a)(2).

## COUNT 2

The Grand Jury further charges that:

On or about July 23, 1997, in the District of Hawaii, defendant **NED KAPIKA, Jr.**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, described as (8) rounds of Federal .30 caliber ammunition.

All in violation of Title 18 United States Code § 922(g)(1) and 924(a)(2).

DATED: 7/13/00 , 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
FOREPERSON, Grand Jury

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. Ned Kapika, Jr.
Cr. No.
"INDICTMENT"